1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA            NO. CV15-01333 SLM
11
                Plaintiff,
12                                     **JUDGMENT ON DEFAULT**
       v.
13
   JOHNNY MACK
14 aka JOHN MACK
   aka JOHN H. MACK
15 aka JOHNNY D. MACK
   aka JOHN HOUSTON MACK
16
                Defendant.
17 _____/

18      In the above entitled action, the defendant JOHNNY MACK aka JOHN MACK aka

19 JOHN H. MACK aka JOHNNY D. MACK aka JOHN HOUSTON MACK having been duly

20 served with the Summons and a copy of the Complaint in the action, and the defendant

21 having failed to appear, answer, plead, or otherwise defend in the action within the time

22 allowed by law, or at all, and default having been duly entered; and it further appearing that

23 plaintiff's claim against the defendant is for a sum certain and for interest which can by

24 computation be made certain and for costs; and it further appearing that a declaration on

25 behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due

26 plaintiff from said defendant in accordance with the prayer of the Complaint, and also

27 setting forth that defendant is not an infant or incompetent person or in the military service

28 of the United States within the meaning of the Service Members Civil Relief Act [50 U.S.C.

Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, JOHNNY MACK aka JOHN MACK aka JOHN H. MACK aka JOHNNY D. MACK aka JOHN HOUSTON MACK, the sum of $5,525.68 as principal, interest, attorney fees, and costs, plus interest in the amount of $0.49 per day from May 5, 2015, to the date of entry of the judgment, plus post judgment interest thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED: 5/6/2015



RICHARD W. WIEKING, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk  Mark Romyn

JUDGMENT ON DEFAULT

2